# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GILBERTO NAVARRO,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 1:18-00534-JB-MU-C |
| **BP EXPLORATION & PRODUCTION, INC., et al.,** | ) ) |
| **Defendants.** | ) |

## ORDER

Now before the Court is the Report and Recommendation dated September 23, 2019 (Doc. 40), which recommends dismissal of this action without prejudice or, alternatively, that Defendants' Motion for Sanctions (Doc. 37) be granted and the action be dismissed with prejudice as a sanction under Federal Rule of Civil Procedure 37(b)(2)(A)(v). After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Court adopts the Report and Recommendation and the alternative recommendation therein that Defendants' Motion for Sanctions (Doc. 37) be granted and the action dismissed WITH PREJUDICE as a sanction under Federal Rule of Civil Procedure 37(b)(2)(A)(v).

**DONE and ORDERED** this 23rd day of October, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE